UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| GREATER ST. LOUIS CONSTRUCTION LABORERS WELFARE FUND, et al., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | Case No. 4:08CV353 CDP |
| DEM/EX GROUP, INC., | ) ) | |
| Defendant. | ) | |

## **ORDER**

On January 29, 2010, I vacated the order referring this case to alternative dispute resolution, because the parties indicated they were close to reaching a settlement of their disputes. Plaintiffs filed a status report on March 1 indicating that the parties were still negotiating the terms of their settlement. Since that time, however, plaintiffs have not submitted any filings indicating that the parties have settled, or that they have made any further progress in their settlement negotiations.

Accordingly,

**IT IS HEREBY ORDERED** that, no later than **Friday, April 16, 2010**, plaintiffs are to file either a notice of dismissal or a status report indicating the progress of their settlement negotiations.

_____
UNITED STATES DISTRICT JUDGE

Dated this 2nd day of April, 2010.